United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

VONTINO ALEXANDER,

Defendant.

Case No.: CR 12-0118 YGR (KAW)

**ORDER REGARDING REQUEST FOR IN CAMERA REVIEW OF PRIVILEGED INFORMATION SOUGHT PURSUANT TO *HENTHORN* SUBPOENA**

The Custodian of Records for the Oakland Police department filed a document titled, "Request for In Camera Review of Privileged Information Sought Pursuant to *Henthorn* Subpoena," on December 20, 2012. Defendant has filed a response to the request. The matter was referred to the undersigned on January 11, 2013.

It is apparent from the Custodian of Records' brief that it has not reviewed General Order 69. Accordingly, the relief requested in the memo is denied without prejudice. General Order 69 "offers law enforcement agencies the protection of an automatic protective order, a mechanism for return of records, and an assurance that the Court will rule on the admissibility of any records in advance of a hearing." The Custodian shall review General Order 69 and the attached model protective order. If the Custodian objects to the production of the documents subject to the model protective order, it shall file a motion in compliance with General Order 69 within seven days of the date of this order. If no motion is filed, the Court will produce the documents to Defendant's counsel pursuant to the model protective order.

**IT IS SO ORDERED.**

Dated: January 14, 2013

KANDIS A. WESTMORE
United States Magistrate Judge