United States District Court
Northern District of California

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VONTINO ALEXANDER,

    Defendant.

Case No.: CR 12-0118 YGR (KAW)

**ORDER REGARDING SUBPOENAED RECORDS**

On January 14, 2013, the undersigned issued an order stating that if the Custodian of Records for the Oakland Police department objected to the production of certain documents pursuant to General Order 69, the Custodian must file a motion by January 21, 2013. No motion was filed.

Accordingly, the documents previously provided to the Court will be produced to defense counsel pursuant to the model protective order attached to General Order 69. The protective order is filed separately from this order.

**IT IS SO ORDERED.**

Dated: January 23, 2013

                                            KANDIS A. WESTMORE
                                            United States Magistrate Judge