1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant VONTINO ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12 00118 YGR [KAW] |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER MODIFYING RELEASE |
| vs. | ) | CONDITIONS |
| | ) | |
| VONTINO ALEXANDER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Vontino Alexander was released from custody to a halfway house on 9 August 2012. On 19 September 2012, he was released from the halfway house. Since that time he has been subject to home detention while residing with his father, and is permitted to leave his father's residence for school, job searching, court appearances and appointments with defense counsel. He is compliant with his release conditions. Mr Alexander wishes to expand the scope of permitted activities outside his father's residence, and for that reason requests that a curfew be set with hours to be determined by Pretrial Services.

      IT IS THEREFORE STIPULATED AND AGREED that the conditions of Mr Alexander's pretrial release are modified to permit Pretrial Services to set the hours for a curfew,

1

with location monitoring.  Mr Alexander shall continue to abide by other existing conditions of his release, and by such conditions as Pretrial Services deems appropriate.

Date: 9 April 2013

/s/
_____
BRIGID MARTIN
Assistant United States Attorney

Date: 9 April 2013

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Date: 9 April 2013

/s/
_____
VICTORIA GIBSON
United States Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the conditions of Vontino Alexander's pretrial release are modified to permit Pretrial Services to set the hours for a curfew, with location monitoring.  Mr Alexander shall continue to abide by other existing conditions of his release, and by such conditions as Pretrial Services deems appropriate.

Dated: April 10, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge